Opinion filed June 15, 1934.

Kamfner & Halligan, for plaintiffs in error; Samuel M. Lanoff, of counsel. Litsinger, Healy, Reid & Bye, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Lee Tire and Rubber Company of New York, appellant, v. Anthony J. Toren et al., appellees. Gen. No. 37,074.**

Opinion filed June 15, 1934. Rehearing denied June 27, 1934.

Teller, Levit, Silvertrust & Levi, for appellant; Walter F. Dodd, of counsel. Jacob G. Grossberg and Julius L. Kabaker, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

**Bernice Larson, defendant in error, v. Max Raphael et al., defendants. Walter E. Rogan, plaintiff in error. Gen. No. 37,107.**

Opinion filed June 15, 1934.

William C. Burns and Blaine G. Gernon, for plaintiff in error; Alvin G. Hubbard, of counsel. Hart & Shomberg, for defendant in error; Victor P. Frank, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**Mary J. Vogelsang, appellee, v. S. S. Kresge Company, appellant. Gen. No. 37,119.**

Opinion filed June 15, 1934. Rehearing denied June 27, 1934.

H. L. Howard and William Greene, for appellant. Philip Rosenthal, for appellee; John B. King, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**The People of the State of Illinois ex rel. Oscar Nelson, Auditor of Public Accounts of the State of Illinois, v. Arlington Heights State Bank.**

**Michael Oefelein, intervening petitioner, appellee, v. Walter L. Plew, receiver, appellant. Gen. No. 37,149.**

Opinion filed June 15, 1934.

S. J. Fulton, for appellant. H. J. Thal, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.